# EXHIBIT 3

## Joaquin Perez

**From:** Joaquin Perez [joaquin_perez@bellsouth.net]
**Sent:** Thursday, April 09, 2009 7:37 PM
**To:** 'Alexander, Glenn'; 'Robert.Raymond@usdoj.gov'; 'matthew.stiglitz@usdoj.gov'
**Subject:** FW: Potential Witnesses against Dole, Chiquita, Drummond for violation of 28 USC § 1350

Attached please find the 12/17 e-mail.

**From:** Joaquin Perez [mailto:joaquin_perez@bellsouth.net]
**Sent:** Wednesday, December 17, 2008 12:44 PM
**To:** 'Julius.Rothstein@usdoj.gov'; 'Alexander, Glenn'; 'Spelke, Robert'; 'robertfeitel@yahoo.com'; 'Kevin.Schreiber@usdoj.gov'; 'Matthew.J.O'Brien@usdoj.gov'; 'Robert.Raymond@usdoj.gov'
**Subject:** Potential Witnesses against Dole, Chiquita, Drummond for violation of 28 USC § 1350

For months, investigations surrounding financial support to terrorist groups such as the United Self-Defense Forces of Colombia (AUC), a Colombian rightwing paramilitary organization engaged in an armed struggle against leftist guerrilla groups in various parts of Colombia, and allegations related to the use of such organizations to interfere with union activities in Colombia have been at the heart of a debate over a possible free trade agreement between the US and Colombia. Next year promises more of the same, when congress will debate the free trade agreement again. President-elect Obama has also nominated Eric Holder as his candidate for Attorney General. Holder is familiar with these matters since he represented Chiquita Brands International, one of the world's largest food companies, in connection with criminal charges filed against it in the District of Columbia. Chiquita plead guilty and in its decision issued in March 2007, the Justice Department said the company paid $1.8 million over several years to the AUC. The company was fined $25 million.

Notwithstanding the sensitivity of these issues, I wanted to proffer information concerning the activities of US multinational corporations from three former AUC commanders, one of whom is currently under Indictment in the United States, to wit, Rodrigo Tovar Pupo a/k/a Jorge 40; Juan Carlos Pacheco a/k/a Tolemaida, a former AUC commander who is at large but has expressed his desire to reach an agreement with the United States Government; Raul Hasbun, who is in jail in Colombia as part of a peace deal between the government and the AUC signed in 2005, but is not under Indictment in the United States. Finally, I would like to proffer information from Hughes Rodriguez Fuentes, a wealthy land owner from the El Cesar province, who is currently in Washington DC awaiting sentencing.

These proffers will serve to further clarify the financial and security arrangements between the AUC and these companies and may help to clarify the deaths of two union leaders in 2001. All four testify to their extensive dealings with several US multinationals, who have had or do currently have operations in Colombia, including Chiquita, Dole Foods Company, and Drummond Incorporated.

Chiquita and Dole:

Both Chiquita and Dole have long operated in some very conflictive zones, where rebel forces have sought to exert their will through various means, including gaining control of unions and the local political machinery. In both the Uraba region along the Panamanian border and the Magdalena province toward the east have served as hubs of production and discontent, the most famous manifestation of which occurred in 1928 when troops opened fire on banana pickers in Magdalena in a protest against low wages, killing hundreds. More recently, the Uraba region became the epicenter of a brutal fight between rightwing paramilitaries and leftist guerrillas.

Regular payments to the AUC by Chiquita and Dole began in or around 1997, when rightwing groups were finishing a brutal sweep through the northwestern edge of the Antioquia province along the Panamanian border. The paramilitaries were ruthless, executing suspected rebels and collaborators alike. In a 1997 report on the situation in the area, Amnesty International spoke of "hundreds of victims," and added, "the vast majority have been civilians pressured to support rival armed groups." In one August 1995 massacre, Human Rights Watch reported that 18 unarmed people were assassinated in a bar in Chigorodó, Antioquia, the heart of the banana-growing region, by paramilitary sympathizers.

According to Hasbun and Salvatore Mancuso, Chiquita and Dole provided regular financial and other support to the AUC, including those where Chiquita and Dole had banana producing operations in Uraba and Magdalena. Chiquita and Dole, the commanders say, paid them through intermediaries, one of which was known as Convivir. This plan was approved by Carlos Castano and Salvatore Mancuso, who assigned the implementation of the project to Raul Hasbun.

Convivir was a civilian-based security initiative approved and promoted by the Colombian government in the mid-1990s to assist the local and military police. (The Convivirs were the brainchild of then governor and now president of Colombia Alvaro Uribe, who is also a large owner of land in the banana-producing region of Uraba.) In reality, however, the Convivirs were a front organization for the AUC, providing intelligence and serving as a liaison with the Colombian military. The money channeled through Convivir fostered the AUC's illegal activities, which included the murder and displacement of thousands of civilians in the regions where the companies operated.

Chiquita and Dole also made payments to private security companies the Convivir set up as a front to receive the money, which then passed into AUC coffers. Chiquita admitted it made these payments to the Justice Department. But Dole has not admitted to making any payments. According to Hasbun, Dole took extraordinary measures to buffer itself from legal responsibility by using nominee corporate structures headed by Colombian individuals. However, Hasbun says he has records of Dole's payments made between 1998 and 2001.

What's more, Raul Hasbun stated that company managers were aware their money was going to the AUC and even requested the paramilitary organizations shield them from another threat: drug trafficking organizations that wished to use their vessels to transport illegal narcotics. The executives explained to Hasbun that they were concerned about the discovery of drugs on the vessels since a discovery of that nature would ultimately add a substantial expense to the transportation of bananas if the vessels were either seized or detained. Finally, paramilitary leaders say that cash payments were also made for "special projects." For his part, Hasbun was reluctant to discuss the topic of "special projects," but he did acknowledge that it involved the use of force to neutralize potential troublemakers.

Hasbun stated part of his responsibilities included mediating labor disputes to make certain that

4/30/2009

the workers were satisfied with their wages and remained productive. He stated that sometimes he would meet with the heads of the union to resolve labor disputes. He also explained that in the past the unions were controlled by the FARC and ELN groups, but that with the passage of time the "left wing" elements were eliminated. Concerning the transfer of money to defray expense, Hasbun explained that they would devise security related expenses, such as building roads, or buying equipment to disguise the transfer of money to AUC related projects.

The testimonies would also be useful in shedding light on arms transfers to illegal terrorist groups in Colombia. Colombia's Attorney General's office is investigating the use of the banana companies' ships to transfer weapons. In 2001, the AUC received a shipment of 3,000 assault rifles and four million rounds of ammunition from suspected Isreali arms traffickers. The traffickers offloaded the shipment at Chiquita's subsidiary's port facility in Antioquia. The Colombian government convicted three custom's officials for this crime, but the subsidiary's legal representative was cleared. The attorney general's office said it was in the process of reopening the investigation.

Drummond:

Drummond, a private mining company based in Alabama, has significant coal investments in El Cesar, a province located in the northeastern part of Colombia, where it currently runs the second largest coal mine and is preparing the world's largest open pit coal mine. It employs over 700 workers, many of which belong to a powerful, national union syndicate. The president of Drummond is Augusto Jimenez, a wealthy and well-connected Colombian businessman with strong ties to the Uribe government.

Security was always a major concern for any company operating in the area. When Drummond moved most of its business from Alabama to Cesar in the mid-1990s, the province was in chaos. Two rebel groups were extorting and kidnapping the area's residences and businesses at will. So, beginning on or about 1997, paramilitary commander Rodrigo Tovar, a/k/a Jorge 40, in conjunction with several other powerful paramilitaries, formed several armed groups that were initially subsidized by the ranchers and businesses in the region. Their targets were the rebel groups, but the unions also fell in their sights: the leaders of the unions in El Cesar were alleged to have ties to the guerrillas.

Drummond was not immune. Rebels frequently attacked the company's train carrying coal to the coast for export to the United States, especially as Drummond's production rose from 1.1 million metric tons in 1995 to 10 million metric tons in 2000. Drummond hired a private security firm, Viginorte, to secure it's perimeter, but it was not enough protection. Police and military also began assisting in security and soon, rightwing paramilitaries started patrolling the mining area.

At the same time, union activity was on the rise. Union leaders were particularly incensed about the food. Drummond contracted a local businessman, Jaime Blanco Maya, to run a food concession in the town of La Loma, where most of the workers stayed during their multi-day shifts. Blanco Maya is well connected. His half-brother, Edgardo Maya, was the government's inspector general ("procurator") for almost 10 years. His food concession, known as the "casino," supplied food to the miners in La Loma and at the mine. But the workers complained it made them sick and was inedible.

Paramilitary leaders say Blanco Maya was furious, and approached Drummond executives about the labor unrest. According to both Juan Carlos Pacheco, a/k/a Tolemaida, and Rodriguez Fuentes, Blanco Maya also contacted Mr. Jim Lnu, Drummond's head of security, who authorized a payment

of $20,000 through Blanco Maya to Pacheco to eliminate the union leaders who were spearheading the labor unrest.

On March 12, 2001, a group of workers left the mine near La Loma on a Drummond-operated bus and headed for Valledupar, the main city where most of the workers live. Shortly after the bus left the mine, several armed men in a green pickup forced the driver to pull over. The armed men then singled out two leaders of the union on the bus. They executed one on the spot, before taking the other in the pickup and killing him down the road.

Contact between Drummond and the paramilitaries continued thereafter. Lnu, who is a former CIA agent, used Blanco Maya to arrange a meeting with Rodriguez Fuentes and later, Rodrigo Tovar, a/k/a Jorge 40, the top commander in the area. Rodriguez Fuentes contacted Tovar and facilitated the meeting in the Sierra Nevada mountains along the northern coast. Rodriguez Fuentes did not go to the meeting, but Tovar later told him the meeting took place.

Willingness to Cooperate:

Each former commander has expressed his willingness to cooperate in these matters. Tovar is housed in the DC correctional institute. Pacheco, who I contacted through his lawyers in Bogota, Colombia, is in Venezuela. Hasbun is jail in Itagui, Colombia. Rodriguez Fuentes, the wealthy landowner who owns land in the coal producing area where Drummond operates, is in Washington awaiting sentencing.

Because of the sensitivity of these case, these men have security concerns of their own. When I met with Hazbun in Itagui, he told me that so long as he remained in Colombia, or that his family remained in Colombia, he would be unable to disclose such information for fear of retaliation. He identified the following as family members whose safety he was concerned about: Judith Mendoza de Hasbun (mother, 76); Alejandro Emilio Hasbun (brother, 48); Judith Teresa Hasbun (sister); Juliana, 18; Carla, 16; and Ricardo (nephew, 15); Maria Isabel Correa, wife.

## CONCLUSION

Please let me know if you are interested in attempting to work out an agreement with either "Tolemaida" or "Hasbun". Although they do not have pending charges, prior approval of DHS would be needed for their entry into the United States. With respect to Hasbun, the situation is more delicate since he is in custody in Colombia, and some form of prior agreement needs to be devised to justify his release from Colombia, and potential arrival in the United States. In the alternative, he has manifested his willingness to tell the truth about these events as long as his family is removed from Colombia and given entry into the United States. I would appreciate receiving some feedback concerning these matters and look forward to hearing from you soon.

Merry Christmas and Happy New Year!

4/30/2009