UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRENCE P. COLLINGSWORTH, *et al.*, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | Civil Action No. 19-1263 (ABJ) |
| ) ) | |
| DRUMMOND COMPANY INCORPORATED, *et al.*, ) ) ) ) | |
| Defendants. ) ) | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, and pursuant to Federal Rules of Civil Procedure 12 and 58, it is

**ORDERED** that defendants' motions to dismiss [Dkts. # 8, 9, 10] are **GRANTED**. It is

**FURTHER ORDERED** that defendant James Adkins and the ten "Doe" defendants are dismissed from the case without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

This is a final, appealable order.

**SO ORDERED**.

*[signature: Amy B Jackson]*

AMY BERMAN JACKSON
United States District Judge

DATE:  May 29, 2020